In the Matter of SOL COHEN, Doing Business under the Firm Name of BROOKLYN AUTO SCHOOL, Appellant, against JOHN SPLAIN, as Commissioner of Motor Vehicles of the State of New York, Respondent.

Submitted June 17, 1943; decided July 20, 1943.

*Julius Soloway* for appellant.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr., Orrin G. Judd* and *John P. Powers* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.